1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  CHRISTOPHER D. BAKER
   Assistant United States Attorney
4  501 Las Vegas Boulevard So., Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
   Fax: (702) 388-5087
6  Christopher.D.Baker@usdoj.gov

7  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:99-cr-00366-APG-BNW |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | |
| FRANCISCO AMEZCUA, | |
| Defendant. | **ORDER** |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case and any outstanding warrant (if any) against Defendant FRANCISCO AMEZCUA. The United States evaluated the age of the case and determined that dismissing the case, and any outstanding warrant, is in the best interest of justice.

///

1

Accordingly, the United States respectfully requests that the Court dismiss the indictment and any outstanding warrant against the above-captioned defendant.

DATED: October 29, 2019

                                         Respectfully submitted,

                                         NICHOLAS A. TRUTANICH
                                         United States Attorney

                                         //s//
                                         CHRISTOPHER D. BAKER
                                         Assistant United States Attorney

The Government's motion is hereby granted and this case is DISMISSED.

**IT IS SO ORDERED.**

                                         _____
                                         UNITED STATES DISTRICT JUDGE
                                         Dated: October 30, 2019.